(May 12, 1941.)

In the Matter of EDWIN F. VERREAU, an Attorney.— Application of Edwin F. Verreau to be reinstated as an attorney and counselor at law granted.   [See 259 App. Div. 956.]   Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

(May 14, 1941.)

In the Matter of the Judicial Settlement of the Account of EDWARD R. CURTIS, as Administrator, etc., of ALTON HATHAWAY, Late of the Town of Otsego, Deceased. — Motion to dismiss appeal granted unless within ten days of the service of an order entered upon this decision the appellant shall file an undertaking with two sufficient sureties to the effect that he will pay all costs and damages which may be awarded against him upon the appeal not exceeding $250 and unless his case on appeal and brief are printed and filed with this court on or before August 16, 1941, and the case noticed by him for the September Order and General Calendar Term of this court, commencing September 22, 1941.   If such conditions are complied with the motion to dismiss the appeal is denied.   Respondent, the moving party, may have ten dollars costs which shall be paid at the time the undertaking is filed.   Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

HENRY KEIM and MARIE KEIM, Plaintiffs, v. ABE OREL, Defendant.   ABE OREL, Plaintiff, v. HENRY KEIM and MARIE KEIM, Defendants.   HELEN LEFKOWITZ, Appellant, v. HENRY KEIM, MARY KEIM and ABE OREL, Respondents. MARION SANDERS MINK and HERMAN MINK, Appellants, v. HENRY KEIM and ABE OREL, Respondents.   ABRAHAM ALTSCHULER, Appellant, v. ABE OREL and HENRY KEIM, Respondents.— Motion denied.   The court will hear the appeal upon a printed record; the pleadings to be regarded as exhibits of which five typewritten copies shall be presented.   Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ANNINA SERAFINI, as Executrix, etc., of CONSTANTINO SERAFINI, Deceased, Appellant, v. FRANK STENTO and MARY STENTO, Respondents.— Motion to dismiss appeal granted unless the appellant files and serves her case on appeal and brief on or before August 16, 1941, and is ready for argument at the September Order and General Calendar Term of this court commencing September 22, 1941; and also unless the plaintiff-appellant within ten days after the service of this order cancels the *lis pendens* now on record against the real property owned by the respondents personally.   Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.